1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBBY BURNS,

                Plaintiff,

         v.

U.S. DEPARTMENT OF ENERGY,
BONNEVILLE POWER
ADMINISTRATION,

            Defendant.

Case No. C09-5548RJB

ORDER

      This matter comes before the court on review of the file.

      On August 13, 2009, plaintiff filed a small claims action in Mason County District Court against the Bonneville Power Administration (BPA) for property damage.  Dkt. 1.  On September 9, 2009, BPA, an agency of the U.S. Department of Energy, removed the case to federal court.  Dkt. 1.

      On March 30, 2010, defendant filed a motion to dismiss, contending that the case should be dismissed because plaintiff failed to exhaust his administrative remedies, which is required under the Federal Tort Claims Act.  Dkt. 9.  That motion is noted for consideration on April 23, 2010.

      On April 7, 2010, plaintiff sent an e-mail to the court's in-court deputy, apparently responding to defendant's motion to dismiss.  An e-mail to the court's staff is not an appropriate or acceptable way of communicating with the court.  If plaintiff wishes to address or raise issues to the court, he must do so by filing documents either in paper form with the Clerk's Office, or by means of the Electronic Case Filing (ECF) system.  The ECF procedures may be obtained through the court's website: wawd.uscourts.gov.

1    The court will direct the Clerk to file the April 7, 2010, e-mail in this case.  However, plaintiff

2    should be aware that the court will not consider in the future any document that he e-mails to the court.

3    Plaintiff must comply with the rules for filing documents, in addition to the other applicable rules of

4    procedure.  *See* Local Rules for the United States District Court for the Western District of Washington,

5    and the Federal Rules of Civil Procedure.

6    Therefore, it is **ORDERED** that the Clerk is directed to file in the case the e-mail sent by plaintiff

7    on April 7, 2010 to the court's in court-deputy.  The Clerk is further directed to send to plaintiff General

8    Order No. 07-04, In Re: Summary of Procedural Rules.

9    The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any

10   party appearing *pro se* at said party's last known address.

11   DATED this 7th day of April, 2010.

Robert J. Bryan
United States District Judge

ORDER
Page - 2